SULLIVAN & CROMWELL LLP

TELEPHONE: 1-202-956-7500
FACSIMILE: 1-202-956-7676

1700 New York Avenue, N.W.
Suite 700
Washington, D.C. 20006-5215

December 23, 2024

Via CM/ECF

Jarrett B. Perlow
Clerk of Court
U.S. Court of Appeals for the Federal Circuit
717 Madison Place, NW
Washington, DC 20439

Re: *Constellation Designs, LLC* v. *LG Electronics Inc. et al.*, No. 24-1822

Dear Mr. Perlow:

Pursuant to Federal Rule of Appellate Procedure 28(j), Constellation Designs advises this Court of the recent order in *EcoFactor, Inc.* v. *Google LLC*, No. 2023-1101 (Fed. Cir.), which confirms that the Court's decision to grant en banc rehearing in *EcoFactor* will not affect the disposition of this case.

On September 25, 2024, this Court granted rehearing in *EcoFactor* and directed the parties to file briefs "limited to addressing the district court's adherence to Federal Rule of Evidence 702 and *Daubert* . . . in its allowance of testimony from EcoFactor's damages expert assigning a per-unit royalty to the three licenses in evidence in that case." Following that order, Google filed an opening brief to the en banc court, which argued that (i) "the district court abused its discretion in admitting . . . testimony assigning a royalty rate to EcoFactor's lump sum licenses," ECF No. 84, at 23-41; and (ii) the "royalty rate" proposed by EcoFactor's expert also should have been "excluded for not being reliably apportioned," *id.* at 41-58.

On December 4, 2024, this Court ordered that Google's second argument about apportionment "exceeds the scope of the court's en banc rehearing" and should not be addressed in EcoFactor's response. ECF No. 165, at 2. That order clarifies that the en banc decision in *EcoFactor* will not address the use of comparable licenses to establish apportionment, which was the only ground that LG identified in asking this Court to "consider the en banc court's *Ecofactor* decision in deciding this appeal." Reply Br. 34; *id.*

("The Court's en banc rehearing in *EcoFactor* may provide important guidance on built-in apportionment.").

Sincerely,

/s/ *Jeffrey B. Wall*
Jeffrey B. Wall
Sullivan & Cromwell LLP
1700 New York Avenue, NW
Washington, DC 20006
(202) 956-7500
wallj@sullcrom.com

*Counsel for Appellee*
*Constellation Designs LLC*