**No. 24-1822**

# United States Court of Appeals for the Federal Circuit

**CONSTELLATION DESIGNS, LLC**

***Plaintiff-Appellee,***

***v.***

**LG ELECTRONICS INC., LG ELECTRONICS U.S.A., INC., LG ELECTRONICS ALABAMA, INC.**

***Defendants-Appellants***

APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF TEXAS IN CASE NO. 2:21-CV-00448-JRG

## DEFENDANTS-APPELLANTS' NOTICE OF CORRECTION

Michael J. McKeon
Christian A. Chu
R. Andrew Schwentker
Michael J. Ballanco
Benjamin J. Christoff
FISH & RICHARDSON P.C.
1000 Maine Avenue, S.W.
Suite 1000
Washington, DC 20024
Tel: (202) 783-5070

Ashley A. Bolt
FISH & RICHARDSON P.C.
1180 Peachtree Street NE
21st Floor
Atlanta, GA 30309
Tel: (404) 492-5008

June 30, 2026

*Attorneys for Defendants-Appellants*

# DEFENDANTS-APPELLANTS' NOTICE OF CORRECTION

Pursuant to Federal Circuit Rule 25(i), Defendants-Appellants LG Electronics Inc., LG Electronics U.S.A., Inc., and LG Electronics Alabama, Inc. (collectively, "LGE") respectfully submit this Notice of Correction of its Combined Petition for Panel Rehearing and Rehearing En Banc (ECF No. 62), filed on June 29, 2026. LGE concurrently tenders a corrected petition with non-substantive corrections. Specifically, LGE's original petition inadvertently did not include the required Addendum, or counsel's signature to the Statement of Counsel under Fed. Cir. Rule 40(c). No other changes have been made.

Dated: June 30, 2026

Respectfully submitted,

*/s/ Michael J. McKeon*

Michael J. McKeon
Christian A. Chu
R. Andrew Schwentker
Michael J. Ballanco
Benjamin J. Christoff
FISH & RICHARDSON P.C.
1000 Maine Avenue, S.W.
Suite 1000
Washington, DC 20024
Telephone: (202) 783-5070

Ashley A. Bolt
FISH & RICHARDSON P.C.
1180 Peachtree Street NE
21st Floor
Atlanta, GA 30309
Telephone: (404) 892-5008

***Attorneys for Defendants-Appellants***

## CERTIFICATE OF SERVICE AND FILING

I certify that on June 30, 2026, I electronically filed the foregoing **NOTICE OF CORRECTION** of Defendants-Appellants LG Electronics Inc., LG Electronics U.S.A., Inc., and LG Electronics Alabama, Inc. using the Court's CM/ECF filing system. Counsel for Plaintiff-Appellee Constellation Designs, LLC were electronically served by and through the Court's CM/ECF filing system per Fed. R. App. P. 25 and Fed. Cir. R. 25(e).

*/s/ Michael J. McKeon*
Michael J. McKeon