NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**CONSTELLATION DESIGNS, LLC,**
*Plaintiff-Appellee*

**v.**

**LG ELECTRONICS, INC., LG ELECTRONICS USA, INC., LG ELECTRONICS ALABAMA, INC.,**
*Defendants-Appellants*

---

2024-1822

---

Appeal from the United States District Court for the Eastern District of Texas in No. 2:21-cv-00448-JRG, Judge J. Rodney Gilstrap.

---

**ON PETITION FOR PANEL REHEARING**

---

Before LOURIE and STOLL, *Circuit Judges*, and OETKEN, *District Judge*.[1]

PER CURIAM.

---

[1] Honorable J. Paul Oetken, District Judge, United States District Court for the Southern District of New York, sitting by designation.

## O R D E R

LG Electronics Inc., LG Electronics U.S.A., Inc., and LG Electronics Alabama, Inc. filed a combined petition for panel rehearing and rehearing en banc. A response to the petition was invited by the court and filed by Constellation Designs, LLC. Association for Competitive Technology, Consumer Technology Association, National Association of Broadcasters, and Pearl TV requested leave to file amici curiae briefs, which the court granted.

LG's petition was referred to the panel that heard the appeal.

Upon consideration thereof,

IT IS ORDERED THAT:

The petition for panel rehearing is granted to the extent that the previous precedential opinion and judgment issued April 28, 2026, are withdrawn and replaced with the modified precedential opinion modifying footnote 5.

FOR THE COURT

August 31, 2026
Date

Jarrett B. Perlow
Clerk of Court