NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**CONSTELLATION DESIGNS, LLC,**
*Plaintiff-Appellee*

**v.**

**LG ELECTRONICS, INC., LG ELECTRONICS USA, INC., LG ELECTRONICS ALABAMA, INC.,**
*Defendants-Appellants*

---

2024-1822

---

Appeal from the United States District Court for the Eastern District of Texas in No. 2:21-cv-00448-JRG, Judge J. Rodney Gilstrap.

---

**ON PETITION FOR REHEARING EN BANC**

---

Before MOORE, *Chief Judge*, LOURIE, DYK, PROST, REYNA, TARANTO, CHEN, HUGHES, STOLL, CUNNINGHAM, and STARK, *Circuit Judges*.[1]

PER CURIAM.

---

[1] Circuit Judge Newman did not participate.

**O R D E R**

LG Electronics Inc., LG Electronics U.S.A., Inc., and LG Electronics Alabama, Inc. filed a combined petition for panel rehearing and rehearing en banc. A response to the petition was invited by the court and filed by Constellation Designs, LLC. Association for Competitive Technology, Consumer Technology Association, National Association of Broadcasters, and Pearl TV requested leave to file amici curiae briefs, which the court granted.

LG's petition was first referred to the panel that heard the appeal, which granted the petition in part as indicated in the accompanying order. Thereafter, the petition was referred to the circuit judges who are in regular active service.

Upon consideration thereof,

IT IS ORDERED THAT:

The petition for rehearing en banc is denied.

FOR THE COURT

August 31, 2026
Date

Jarrett B. Perlow
Clerk of Court