# United States Court of Appeals for the Federal Circuit

---

**CONSTELLATION DESIGNS, LLC,**
*Plaintiff-Appellee*

**v.**

**LG ELECTRONICS INC., LG ELECTRONICS USA, INC., LG ELECTRONICS ALABAMA, INC.,**
*Defendants-Appellants*

---

2024-1822

---

Appeal from the United States District Court for the Eastern District of Texas in No. 2:21-cv-00448-JRG, Judge J. Rodney Gilstrap.

---

**JUDGMENT**

---

THIS CAUSE having been considered, it is

ORDERED AND ADJUDGED:

**VACATED-IN-PART, AFFIRMED-IN-PART, AND REMANDED**

FOR THE COURT

August 31, 2026
Date

Jarrett B. Perlow
Clerk of Court